UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JAMES E. "BUTCH" HUEY                                                        PLAINTIFF

V.                                                              CIVIL ACTION NO.1:08CV63-JAD

HYUNDAI WELDING PRODUCTS, INC.                                     DEFENDANT

## FINAL JUDGMENT

In accordance with a memorandum opinion of this date, the defendant's motion for summary judgment is granted. The plaintiff's complaint is dismissed with prejudice. Costs are taxed to the plaintiff. This case is closed.

SO ORDERED this the 15th day of September, 2009.

                                  /s/ JERRY A. DAVIS
                                  UNITED STATES MAGISTRATE JUDGE